**NOT DESIGNATED FOR PUBLICATION**

**STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT**

**KA 05-103**


**STATE OF LOUISIANA**

**VERSUS**

**DERRICK D. JOHNSON**


**\*\*\*\*\*\*\*\*\*\***


APPEAL FROM THE
SEVENTH JUDICIAL DISTRICT COURT
PARISH OF CONCORDIA, NO. 00-0395
HONORABLE KATHY A. JOHNSON, DISTRICT JUDGE


**\*\*\*\*\*\*\*\*\*\***


**JOHN D. SAUNDERS
JUDGE**


**\*\*\*\*\*\*\*\*\*\***


Court composed of John D. Saunders, Oswald A. Decuir, and Marc T. Amy, Judges.

**DISMISSED.**

**John Frederick Johnson**
**District Attorney**
**7th Judicial District Court**
**4001 Carter St., Suite 9**
**Vidalia, La 71373**
**(318) 336-5526**
**Counsel for Plaintiff/Appellee:**
**State of Louisiana**

**Ronnie Owen McMillin**
**First Assistant District Attorney**
**4001 Carter St., #9**
**Vidalia, LA 71373**
**(318) 336-5526**
**Counsel for Plaintiff/Appellee:**
**State of Louisiana**

**Derrick Deshannon Carson**
**Indigent Defender Board**
**4001 Carter St.**
**Vidalia, LA 71373**
**(318) 336-5526**
**Counsel for Defendant/Appellant:**
**Derrick D. Johnson**